**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | | |
|---|---|---|
| In re:    Michael-Reese Enterprises Inc | § | Case No. 8:18-BK-12051 TA |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  WENETA M.A. KOSMALA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

  2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $5,000.00 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distribution to Claimants: | $13,473.30 | Claims Discharged Without Payment: | $1,018,977.17 |
| Total Expenses of Administration: | $4,281.69 | | |

  3)  Total gross receipts of $17,754.99 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $17,754.99 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 29,000.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS |  |  |  |  |
|     CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,265.02 | 5,081.69 | 4,281.69 |
|     PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,086,486.43 | 824,512.57 | 824,512.57 | 13,473.30 |
| **TOTAL DISBURSEMENTS** | **$1,115,486.43** | **$828,777.59** | **$829,594.26** | **$17,754.99** |

    4)  This case was originally filed under Chapter 7 on 06/05/2018. The case was pending for 27 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Dated:  08/10/2020          By:  /s/ WENETA M.A. KOSMALA
                                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking: First Bank | 1129-000 | 15,231.45 |
| Insurance Cancellation Refund | 1229-000 | 2,523.54 |
| **TOTAL GROSS RECEIPTS** | | **$17,754.99** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ford Motor Credit. | 4210-000 | 21,820.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo Bank | 4210-000 | 7,180.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$29,000.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WENETA M.A. KOSMALA | 2100-000 | N/A | 2,525.50 | 2,525.50 | 2,525.50 |
| WENETA M.A. KOSMALA | 2200-000 | N/A | 103.62 | 103.62 | 103.62 |
| HAHN FIFE & COMPANY, LLP | 3410-000 | N/A | 1,386.00 | 1,386.00 | 1,386.00 |
| HAHN FIFE & COMPANY, LLP | 3420-000 | N/A | 249.90 | 249.90 | 249.90 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 0.00 | 16.67 | 16.67 |
| State of California Franchise Tax Board | 2820-000 | N/A | 0.00 | 800.00 | 0.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$4,265.02** | **$5,081.69** | **$4,281.69** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | | N/A | | |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank, NA | 7100-000 | N/A | 7,221.39 | 7,221.39 | 119.25 |
| 2 | Google LLC fka Google Inc. | 7100-001 | 876,425.00 | 806,818.85 | 806,818.85 | 13,323.11 |
| 3 | Dell Financial Services, LLC | 7100-000 | 2,123.53 | 1,873.53 | 1,873.53 | 30.94 |
| 4 | Mobile Modular Management Corporation | 7200-000 | N/A | 8,598.80 | 8,598.80 | 0.00 |
| NOTFILED | Edgar Cardoza | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | James Neely | 7100-000 | 87,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jeffrey Cheng | 7100-000 | 112,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jennifer A. Grady, Esq | 7100-000 | 8,937.90 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kara Castanon | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,086,486.43** | **$824,512.57** | **$824,512.57** | **$13,473.30** |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1  
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  
ASSET CASES

Exhibit 8

Page: 1

| Case Number: | 8:18-BK-12051 TA | Trustee: | WENETA M.A. KOSMALA |
|---|---|---|---|
| Case Name: | Michael-Reese Enterprises Inc | Filed (f) or Converted (c): | 06/05/18 (f) |
| | | §341(a) Meeting Date: | 08/09/18 |
| Period Ending: | 08/10/20 | Claims Bar Date: | 12/28/18 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking: First Bank | 14,893.28 | 15,231.45 | | 15,231.45 | FA |
| 3 | Toyota Forklift | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | Possible cause of action against Edgar Cardoza and Law Offices of Todd Friedman for malicious prosecution. | Unknown | 1.00 | | 0.00 | FA |
| 5 | Insurance Cancellation Refund (u) | 0.00 | 2,523.54 | | 2,523.54 | FA |
| | TOTALS (Excluding Unknown Values) | $19,893.28 | $17,755.99 | | $17,754.99 | $0.00 |

**Major activities affecting case closing:**

09/30/2019 SUMMARY:  Trustee captured the funds on hand in the Debtor's bank accounts.  The captured funds seem to be the only asset of value to the Estate.  As such the Trustee intends to have tax returns prepared and move toward closing the case.

TAX STATUS:  11/4/2019 2018 Estate Tax Returns y/e 12/31/2018; Forms 1120s/100s.  Tax Liability $0 Federal; $800 State.

ASSET STATUS:  Trustee captured the funds on hand in the Debtor's bank accounts.  The captured funds seem to be the only asset of value to the Estate.  As such the Trustee intends to have tax returns prepared and move toward closing the case.

INSURANCE STATUS:  None

LITIGATION STATUS:  None

OPEN ISSUES: Claims Review and Objections

11/15/2019  Notice to Pay Court Costs Due Sent To: Weneta M A Kosmala, Trustee, Total Amount Due $0.

11/15/2019  Meeting of Creditors Held and Concluded (Chapter 7 Asset Case).

11/15/2019  Notice to professionals to file application for compensation.

4/22/2019 Entered Order Granting Chapter 7 Trustee's Application to Employ Hahn Fife & Company LLP as Accountants; Employment is pursuant to 11 U.S.C. Section 327 and compensation and reimbursement of costs are subject further application, determination and approval by this Court, per 11 U.S.C. Section 330.

2/26/2019  Entered Order Approving Application Of The Chapter 7 Trustee To Employ Counsel (Weiland Golden Goodrich LLP) Pursuant To 11 USC Section 327 And 330 effective November 20, 2018 on the terms and conditions set forth in the Application and with compensation to be determined and paid as an expense of the estate upon noticed hearing and further order of the Court, pursuant to 11 U.S.C. §§ 330 or 331.

9/24/2018  Notice of Assets filed by trustee and court's notice of possible dividend; Proofs of Claims due by 12/28/2018. Government Proof of Claim due by 12/3/2018.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 2

**Initial Projected Date of Final Report (TFR):** May 31, 2021     **Current Projected Date of Final Report (TFR):** December 11, 2019 (Actual)

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 8:18-BK-12051 TA | | Trustee: | WENETA M.A. KOSMALA |
|---|---|---|---|---|
| Case Name: | Michael-Reese Enterprises Inc | | Bank Name: | Signature Bank |
| | | | Account: | ******9512 - Checking |
| Taxpayer ID#: | **-***9909 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 08/10/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/21/18 | Asset #2 | First Bank | Turnover of funds | 1129-000 | 15,231.45 | | 15,231.45 |
| 10/04/18 | Asset #5 | Anthem Blue Cross | Turn over of pre-petition payments re cancelled insurance | 1229-000 | 2,300.22 | | 17,531.67 |
| 10/04/18 | Asset #5 | Anthem Blue Cross | Turn over of pre-petition payments re cancelled insurance | 1229-000 | 223.32 | | 17,754.99 |
| 03/20/19 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond #016030867 premium for period 01/04/19 - 01/04/20 | 2300-000 | | 16.67 | 17,738.32 |
| 02/27/20 | 1002 | WENETA M.A. KOSMALA | Dividend of 100.000000000% | 2100-000 | | 2,525.50 | 15,212.82 |
| 02/27/20 | 1003 | HAHN FIFE & COMPANY, LLP | Dividend of 100.000000000% | 3410-000 | | 1,386.00 | 13,826.82 |
| 02/27/20 | 1004 | HAHN FIFE & COMPANY, LLP | Dividend of 100.000000000% | 3420-000 | | 249.90 | 13,576.92 |
| 02/27/20 | 1005 | WENETA M.A. KOSMALA | Dividend of 100.000000000% | 2200-000 | | 103.62 | 13,473.30 |
| 02/27/20 | 1006 | Wells Fargo Bank, NA | Dividend of 1.651314207%, Claim No. 1 | 7100-000 | | 119.25 | 13,354.05 |
| 02/27/20 | 1007 | Google LLC fka Google Inc. | Dividend of 1.651314207%, Claim No. 2; Stale check stopped 5/29/20; Stopped on 05/29/2020 | 7100-000 | | 13,323.11 | 30.94 |
| 02/27/20 | 1008 | Dell Financial Services, LLC | Dividend of 1.651314207%, Claim No. 3 | 7100-000 | | 30.94 | 0.00 |
| 05/29/20 | 1007 | Google LLC fka Google Inc. | Dividend of 1.651314207%, Claim No. 2; Stale check stopped 5/29/20; Stopped: Check issued on 02/27/2020 | 7100-000 | | -13,323.11 | 13,323.11 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 8:18-BK-12051 TA | Trustee: | WENETA M.A. KOSMALA |
|---|---|---|---|
| Case Name: | Michael-Reese Enterprises Inc | Bank Name: | Signature Bank |
| | | Account: | ******9512 - Checking |
| Taxpayer ID#: | **-***9909 | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 08/10/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/10/20 | 1009 | UNITED STATES BANKRUPTCY COURT | UNCLAIMED FUNDS OF DISBURSEMENT CHECK NO. 1007 TO GOOGLE LLC FKA GOOGLE FOR PROOF OF CLAIM NO. 2 | 2700-001 | | 13,323.10 | 0.01 |
| 06/23/20 | 1010 | UNITED STATES BANKRUPTCY COURT | BALANCE OF UNCLAIMED FUNDS OF DISBURSEMENT CHECK NO. 1007 TO GOOGLE LLC FKA GOOGLE FOR PROOF OF CLAIM NO. 2 | 2700-001 | | 0.01 | 0.00 |
| | | | **ACCOUNT TOTALS**<br>Less: Bank Transfers | | 17,754.99<br>0.00 | 17,754.99<br>0.00 | $0.00 |
| | | | **Subtotal**<br>Less: Payment to Debtors | | 17,754.99 | 17,754.99<br>0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,754.99** | **$17,754.99** | |

| | Net Receipts: | $17,754.99 |
|---|---|---|
| | Net Estate: | $17,754.99 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9512** | 17,754.99 | 17,754.99 | 0.00 |
| | **$17,754.99** | **$17,754.99** | **$0.00** |